

| | | |
|---|---|---|
| William Cafaro, Esq.<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>Amit Kumar, Esq.<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>Andrew S. Buzin, Esq.<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | **LAW OFFICES OF**<br>**WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | Louis M. Leon, Esq.<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>Matthew S. Blum, Esq.<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

October 9, 2025

**APPLICATION GRANTED**
*/s/ Stewart D. Aaron*
Hon. Stewart D. Aaron, U.S.M.J.
Dated: October 9, 2025

<u>Via ECF</u>
Hon. Stewart D. Aaron, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Jackson, et al v. Total Relocation Services, LLC, et al*
Case No.: 23-cv-04118-KPF

Your Honor,

      This office represents the Named Plaintiff, and the Opt-in Plaintiffs (collectively, "Plaintiffs") in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write jointly with the Defendants to request an extension of time to file a motion for settlement approval from October 13, 2025, to November 14, 2025. This is the Parties' third request for an extension of this deadline and the previous request was granted by the Court.

      The Parties require the additional time to reduce their understanding of the settlement to writing and have it reviewed and executed by their clients.

                                          Respectfully Submitted,
                                          LAW OFFICES OF WILLIAM CAFARO

                                          By Amit Kumar, Esq.
                                          *Attorneys for the Named Plaintiff and Opt-in Plaintiffs*
                                          108 West 39th Street, Suite 602
                                          New York, New York 10018
                                          (212) 583-7400
                                          AKumar@CafaroEsq.com