**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Michael L. Jackson, *on behalf of himself and all others similarly situated*,

                                    **Plaintiffs,**

          -against-

Total Relocation Services, LLC, et al.,

                                    **Defendants.**

---

**1:23-cv-04118 (KPF) (SDA)**

**ORDER**

---

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains one or more claims arising under the Fair Labor Standards Act. A settlement was reached by the parties at a settlement conference before me on July 22, 2025. The parties thereafter consented to have all proceedings held before me. (ECF No. 59.) On July 23, 2025 the Court entered an Order directing the parties to provide a copy of the settlement agreement to the Court together with a letter explaining why the settlement, including any provision for attorney's fees and costs, is fair, reasonable and adequate under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). (*See* 7/23/25 Order, ECF No. 63.)

On January 19, 2025, the Plaintiffs submitted the required letter along with the proposed settlement agreement and related papers. (1/19/26, ECF No. 76.) The provisions of the settlement are largely fair and reasonable, given both the nature and scope of Plaintiffs' claims as well as the risks and expenses involved in additional litigation. *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). However, the settlement includes a non-disparagement clause, which is a concern under *Cheeks* as parties should be free to make truthful

statements about all aspects of the litigation. *See* 796 F.3d at 206. The Court accordingly will not approve the proposed settlement unless the non-disparagement clause is removed.

In any event, final approval must await submission of a fully executed Settlement Agreement. The parties shall submit the fully executed Settlement Agreement to the Court no later than Wednesday, February 4, 2026.

**SO ORDERED.**

DATED:        New York, New York
              January 21, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2