# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

February 12, 2026

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Jackson et al. v. Total Relocation Services, et al. 23-cv-04118**

Your Honor,

We are still waiting for Defendants Suzanne Noorman and FRIENDLY FIELD TECHNICIANS LLC to execute their agreement. To the extend the Court considers an in person appearance warranted at this juncture, Plaintiffs would respectfully ask that the attendance of all those who have executed the agreement be excused.

Plaintiff would respectfully ask for another week to obtain Defendant Noorman and FFT LLC's co-operation.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application GRANTED. Plaintiffs shall advise the Court by Friday, February 20, 2026, whether the two remaining Defendants who have not signed the agreement will do so, and if not, whether the other Defendants agree to pay the entire settlement amount.

SO ORDERED.
Dated: February 13, 2026