**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Michael L. Jackson, *on behalf of himself and all others similarly situated*,

|                          **Plaintiffs,**

-against-

Total Relocation Services, LLC, et al.,

|                          **Defendants.**

---

**1:23-cv-04118 (SDA)**

**ORDER SCHEDULING**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Tuesday, March 10, 2026, at 2 p.m. to address the issues raised in the letter filed on February 20, 2026 (ECF No. 82).

At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:     New York, New York
           February 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge