**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael L. Jackson, *on behalf of himself and all others similarly situated*,<br><br>        **Plaintiffs,**<br><br>   -against-<br><br>Total Relocation Services, LLC, et al.,<br><br>        **Defendants.** | **1:23-cv-04118 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendants Suzanne Noorman and Friendly Field Technicians, LLC appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED that, no later than Friday, March 13, 2026, Plaintiff's counsel shall file a second motion for fairness approval, including the fully executed settlement agreement.

If, by Friday, March 13, 2026, Plaintiff's counsel has not received signed documents from the above-named Defendants, he then shall file a letter stating as much, so that the litigation can proceed against those Defendants.

**SO ORDERED.**

Dated:  New York, New York
     March 10, 2026

                _____
                STEWART D. AARON
                United States Magistrate Judge